BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMMYE BURNHAM**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No. CIV 09-2054 EFB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 16, 2010, to April 26, 2010. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

1 | Dated: February 16, 2010 | */s/Bess M. Brewer*
  |                          | BESS M. BREWER
2 |                          | Attorney at Law

3 |                          | Attorney for Plaintiff

4

5
  | Dated: February 16, 2010 | Benjamin B. Wagner
6
  |                          | United States Attorney
7
  |                          | */s/ Kathryn Watson*
8 |                          | KATHRYN WATSON

  |                          | Special Assistant U.S. Attorney
9 |                          | Social Security Administration

10 |                         | Attorney for Defendant

11

12                                    **ORDER**

13 APPROVED AND SO ORDERED.

14 DATED:  February 17, 2010.

15                                    _____
                                      EDMUND F. BRENNAN
16                                    UNITED STATES MAGISTRATE JUDGE

2