IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CARREIRA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | No. CIV S-09-1672 EFB |
| REBECCA KREISHER,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | No. CIV S-09-1725 EFB |
| TAMMYE BURNHAM,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | No. CIV S-09-2054 EFB<br><br>ORDER TO SHOW CAUSE |

1

1  The above-captioned actions are all proceeding before the undersigned pursuant to the
2 consent of the parties. E.D. Cal. L.R. 305; Fed. R. Civ. P. 73. Each plaintiff is represented by
3 attorney Bess M. Brewer. The scheduling order in each of the cases provides that "[f]ailure to
4 comply with any portion of this schedule may result in sanctions, including striking a motion
5 from calendar, or striking the complaint or answer." Nonetheless, in each of the cases, the
6 plaintiff has been granted two separate extensions of time to file a motion for summary
7 judgment; in each of the cases, the plaintiff has been warned that no further extensions of time
8 would be granted absent a showing of good cause; and in each of the cases, the plaintiff has
9 failed to timely file a summary judgment motion even though the deadlines for doing so expired
10 on May 10, 2010 (*see Kreisher v. Astrue*, No. CIV S-09-1725 EFB, Dckt. No. 18), May 25, 2010
11 (*see Carreira v. Astrue*, No. CIV S-09-1672 EFB, Dckt. No. 19), and June 4, 2010 (*see*
12 *Burnham v. Astrue*, No. CIV S-09-2054 EFB, Dckt. No. 19).

13  In light of this pattern of requested extensions and missed deadlines, it is hereby
14 ORDERED that:

15  1. Each of the above-captioned plaintiffs is ordered to show cause, in writing, on or
16 before August 11, 2010 why her case should not be dismissed for failure to prosecute and why
17 plaintiffs and/or plaintiffs' counsel should not be monetarily sanctioned for failure to comply
18 with court orders. *See* L.R. 110 (providing that failure to comply with the Local Rules or a court
19 order "may be grounds for imposition by the Court of any and all sanctions authorized by statute
20 or Rule or within the inherent power of the Court.").

21  2. Each plaintiff shall also file a motion for summary judgment and/or remand on or
22 before August 11, 2010. Failure to timely file the required writings may result in dismissal and
23 the imposition of monetary sanctions. *See* Fed. R. Civ. P. 41(b).

24 ////
25 ////
26 ////

3. Further, plaintiffs' counsel is ordered to appear in person on August 25, 2010 at 10:00 a.m. in Courtroom No. 24 for a hearing regarding this order to show cause.

SO ORDERED.

DATED: July 12, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE