BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

TAMMYE BURNHAM,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

CIVIL NO. 2:09-CV-02054 EFB

STIPULATION AND ORDER TO EXTEND TIME

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 30 days from September 10, 2010 to October 10, 2010.  Defendant apologizes for further extending this case.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

////

////

////

////

1  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                            Respectfully submitted,

Dated: September 10, 2010         */s/ Bess M. Brewer*
                                         (As authorized via email)
                                         BESS M. BREWER
                                         Attorney for Plaintiff

Dated: September 10, 2010         BENJAMIN B. WAGNER
                                         United States Attorney
                                         LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                                         */s/ Kathryn R. Watson*
                                         KATHRYN R. WATSON
                                         Special Assistant United States Attorney
                                         Social Security Administration

                                              **ORDER**

**IT IS SO ORDERED:**

Dated:  September 13, 2010.        _____
                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE