1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8928
      Facsimile:  (415) 744-0134
7     E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                 **SACRAMENTO DIVISION**

12

13  TAMMYE BURNHAM,                )
                                   )        CIVIL NO. 2:09-CV-02054 EFB
14          Plaintiff,             )
                                   )        SECOND STIPULATION AND ORDER TO
15          v.                     )        EXTEND TIME
                                   )
16  MICHAEL J. ASTRUE,             )
    Commissioner of               )
17  Social Security,               )
                                   )
18          Defendant.             )
    _____    )

19

20          IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and

21  with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion

22  for Summary Judgment be extended 30 days from October 10, 2010 to November 9, 2010.  This is

23  Defendant's second request for an extension of time to respond to Plaintiff's motion.

24  //

25  //

26  //

27  //

28  //

1    Defendant needs the additional time to further review the file and prepare a response in this matter.

2

3                                              Respectfully submitted,

4

5    Dated: October 8, 2010                    */s/ Bess M. Brewer*
                                                (As authorized via email)
6                                               BESS M. BREWER
                                                Attorney for Plaintiff

7

8    Dated: October 8, 2010                    BENJAMIN B. WAGNER
                                                United States Attorney
9                                               LUCILLE GONZALES MEIS
                                                Regional Chief Counsel, Region IX
10                                              Social Security Administration

11
                                                */s/ Kathryn R. Watson*
12                                              KATHRYN R. WATSON
                                                Special Assistant United States Attorney
13                                              Social Security Administration

14

15                               **<u>ORDER</u>**

16
     IT IS SO ORDERED.  However, defendant is advised that given the length of time since plaintiff's
17
     motion for summary judgment was filed, the court is not inclined to grant defendant any further
18
     extensions in this case absent a showing of substantial cause.
19
     Dated:  October 13, 2010.
20

21
                                                EDMUND F. BRENNAN
22                                              UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                          2